OPINION — AG — CLAIMS FOR SUCH ITEMS AS FURNITURE, FIXTURES, FILING CABINETS, TYPEWRITERS, CAMERA AND FILM THEREFOR, TAPE RECORDERS, AND OFFICE SUPPLIES FOR USE IN THE OFFICE OF THE COUNTY ATTORNEY, ARE NOT LAWFUL CLAIMS AGAINST THE COURT FUND OF THE COUNTY SINCE SUCH EXPENDITURES ARE NOT "INCIDENT TO THE OPERATION OF THE COURTS OF THE COUNTY" CITE: OPINION NO. 63-242, 62 O.S. 1961 321 [62-321], 62 O.S. 1961 323.1 [62-323.1] (W. J. MONROE)